IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KAMAL K. PATEL                                                    PLAINTIFF
REG #56496-080

V.                              2:06CV00217 WRW

E.J. PRINCE, et al                                               DEFENDANTS


<u>JUDGMENT</u>

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing Plaintiff's complaint without prejudice.

IT IS SO ORDERED this 17th day of January, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE